[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-12544

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

SANJAY LAMA,
a.k.a. Awesome_Jack,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:19-cr-00167-MMH-MCR-1

_____

2                      Opinion of the Court                    21-12544

Before WILSON, ROSENBAUM, and LUCK, Circuit Judges.

PER CURIAM:

Valarie Linnen, appointed counsel for Sanjay Lama, in this direct appeal of Lama's conviction and sentence, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lama's conviction and sentence are **AFFIRMED.**